```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

NANCY J. NAUGHTON ALLEN,        :
      Plaintiff
                                    :

      vs.                       :    CIVIL NO. 1:CV-08-0092

                                    :
MICHAEL J. ASTRUE,
Commissioner of                 :
Social Security,
      Defendant                 :

*O R D E R*

      AND NOW, this 29th day of August, 2008, upon consideration of the Report and Recommendation of Magistrate Judge Smyser, filed July 22, 2008, to which no objections have been filed, and after a review of the record and the proceedings before the Administrative Law Judge, it is Ordered that the report is approved.

      Pursuant to the Magistrate Judge's recommendation, it is further Ordered that this case is remanded to the Commissioner of Social Security for further proceedings consistent with the said report.

      The Clerk of Court is directed to close this file.

                                        <u>/s/William W. Caldwell</u>
                                        William W. Caldwell
                                        United States District Judge